

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>VLADISLAV DMITRIYEVICH KLYUSHIN, also known as VLADISLAV KLIUSHIN<br><br>_Defendant_ | Case No.  21-MJ-2090-MBB-ARW |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   VLADISLAV DMITRIYEVICH KLYUSHIN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit computer intrusion, wire fraud and securities fraud, in violation of Title 18, United States Code, Section 371, and contrary to Title 18, United States Code, Sections 1030(a)(4) and 1343, and Title 15, United States Code, Sections 78j(b) and 78ff(a), respectively.

Date: March 20, 2021

_Issuing officer's signature_
Marianne B. Bowler, USMJ

City and state:  Brookline, Massachusetts

Hon. Marianne B. Bowler, U.S.M.J
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____

Date: _____

_Arresting officer's signature_

_Printed name and title_

4

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: VLADISLAV DMITRIYEVICH KLYUSHIN
Known aliases: VLADISLAV KLIUSHIN
Last known residence: 
Prior addresses to which defendant/offender may still have ties: 

Last known employment: 
Last known telephone numbers: 
Place of birth: Moscow, USSR
Date of birth: 09/08/1980
Social Security number: 
Height: 6'0"    Weight: 195
Sex: Male       Race: White
Hair: Black     Eyes: Brown
Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 
Complete description of auto: 

Investigative agency and address: Federal Bureau of Investigation
601 4th St NW, Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*:



AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
IVAN SERGEYEVICH ERMAKOV, also known as
IVAN YERMAKOV

Case No. 21-MJ-2090-MBB-ARW

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* IVAN SERGEYEVICH ERMAKOV,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit computer intrusion, wire fraud and securities fraud, in violation of Title 18, United States Code, Section 371, and contrary to Title 18, United States Code, Sections 1030(a)(4) and 1343, and Title 15, United States Code, Sections 78j(b) and 78ff(a), respectively.

Date: March 20, 2021

*Issuing officer's signature*

Marianne B. Bowler USMJ

City and state: Brookline, Massachusetts

Hon. Marianne B. Bowler, U.S.M.J
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

4

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: IVAN SERGEYEVICH ERMAKOV

Known aliases: IVAN YERMAKOV

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: Federal Bureau of Investigation
601 4th St NW, Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____



AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>MIKHAIL VLADIMIROVICH IRZAK, also known as<br>MIKKA IRZAK<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No.  21-MJ-2090-MBB-ARW |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   MIKHAIL VLADIMIROVICH IRZAK                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit computer intrusion, wire fraud and securities fraud, in violation of Title 18, United States Code, Section 371, and contrary to Title 18, United States Code, Sections 1030(a)(4) and 1343, and Title 15, United States Code, Sections 78j(b) and 78ff(a), respectively.

Date: March 20, 2021

_Issuing officer's signature_

Marianne B. Bowler, USMJ

City and state:   BROOKLINE, MASSACHUSETTS            HONORABLE MARIANNE B. BOWLER, U.S.M.J.
_Printed name and title_

### Return

| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ |
| at _(city and state)_ _____ . |
| |
| Date: _____                                       _____ |
|                                                                                _Arresting officer's signature_ |
| |
|                                                                                _____ |
|                                                                                _Printed name and title_ |



AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: __MIKHAIL VLADIMIROVICH IRZAK__

Known aliases: __MIKKA IRZAK__

Last known residence: ____

Prior addresses to which defendant/offender may still have ties: ____

Last known employment: ____

Last known telephone numbers: ____

Place of birth: ____

Date of birth: ____

Social Security number: ____

Height: ____   Weight: ____

Sex: ____   Race: ____

Hair: ____   Eyes: ____

Scars, tattoos, other distinguishing marks: ____

History of violence, weapons, drug use: ____

Known family, friends, and other associates *(name, relation, address, phone number)*: ____

FBI number: ____

Complete description of auto: ____

Investigative agency and address: __Federal Bureau of Investigation__
__601 4th St NW, Washington, DC 20535__

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ____

Date of last contact with pretrial services or probation officer *(if applicable)*: ____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>IGOR SERGEEVICH SLADKOV<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  21-MJ-2090-MBB-ARW |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  IGOR SERGEEVICH SLADKOV,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to commit computer intrusion, wire fraud and securities fraud, in violation of Title 18, United States Code, Section 371, and contrary to Title 18, United States Code, Sections 1030(a)(4) and 1343, and Title 15, United States Code, Sections 78j(b) and 78ff(a), respectively.

Date: March 20, 2021

*Issuing officer's signature*: Marianne B. Bowler, USMJ

City and state:  BROOKLINE, MASSACHUSETTS    HONORABLE MARIANNE B. BOWLER, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*



AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: IGOR SERGEEVICH SLADKOV

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: Federal Bureau of Investigation
601 4th St NW, Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____



AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| NIKOLAI MIKHAYLOVICH RUMIANTCEV, also known as NIKOLAY RUMYANTSEV | ) ) ) ) ) |
| Defendant | |

Case No. 21-MJ-2090-MBB-ARW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* NIKOLAI MIKHAYLOVICH RUMIANTCEV ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit computer intrusion, wire fraud and securities fraud, in violation of Title 18, United States Code, Section 371, and contrary to Title 18, United States Code, Sections 1030(a)(4) and 1343, and Title 15, United States Code, Sections 78j(b) and 78ff(a), respectively.

Date: March 20, 2021

*Issuing officer's signature*
Marianne B. Bowler, USMJ

City and state: Brookline, Massachusetts

Hon. Marianne B. Bowler, U.S.M.J
*Printed name and title*

---

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ . |

Date: _____

*Arresting officer's signature*

*Printed name and title*



AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: __NIKOLAI MIKHAYLOVICH RUMIANTCEV__

Known aliases: __NIKOLAY RUMYANTSEV__

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: __Federal Bureau of Investigation__
__601 4th St NW, Washington, DC 20535__

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____