UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>Vladislav Dmitriyevich Klyushin,<br>   a/k/a "Vladislav Kliushin,"<br>Ivan Sergeyevich Ermakov,<br>   a/k/a "Ivan Yermakov,"<br>Igor Sergeevich Sladkov,<br>Mikail Vladimirovich Irzak,<br>   a/k/a "Mikka Irzak," and<br>Nikolai Mikhaylovich Rumiantcev,<br>   a/k/a "Nikolay Rumyantsev,"<br><br>                 Defendants. | 21-MJ-2090-MBB |

GOVERNMENT'S MOTION TO UNSEAL
COMPLAINT AND TO END "HSD" DESIGNATION

      The United States of America hereby moves this Court to direct that the complaint and supporting affidavit of FBI Special Agent B.J. Kang in this matter be unsealed. In support of this motion, the government states that defendant Vladislav Klyushin was extradited to the United States on December 18, 2021 and will shortly appear in Court on December 20, 2021, and that there is no further reason to keep the complaint secret. For the same reasons, there is no longer a need that this matter be designated as a case involving "Highly Sensitive Documents" under the Court's General Order 21-1 (Jan. 26, 2021).

                                      Respectfully submitted,

                                      NATHANIEL R. MENDELL
                                      Acting United States Attorney

By:    */s/Seth B. Kosto*
        STEPHEN E. FRANK
        SETH B. KOSTO
        Assistant U.S. Attorneys

        Date:  December 20, 2021